**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF IOWA**

**CENTRAL DIVISION**

BRYAN L. SUTTON,

Case No. 4:26-cv-00220

RECEIVED
AUG 28 2026
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Plaintiff,

v.

KEOKUK COUNTY, IOWA;

CASEY HINNAH;

ADAM PENCE; and

AMBER THOMPSON,

Defendants.

**PLAINTIFF'S NOTICE REGARDING MOTION FOR LEAVE AND PROPOSED DISCOVERY PLAN**

Plaintiff Bryan L. Sutton, proceeding pro se, respectfully submits this notice concerning Plaintiff's Motion for Leave to File Proposed Scheduling Order and Discovery Plan Out of Time.

1. On July 21, 2026, the Court entered a text order requiring the parties to file a proposed scheduling order and discovery plan by August 19, 2026, and setting a scheduling conference for August 26, 2026.

2. On August 14, 2026, the Court granted in part and denied in part Defendants' Motion to Stay. The Court reset the scheduling conference for October 29, 2026, and established

October 22, 2026, as the deadline for filing the proposed scheduling order and discovery plan.

3. Plaintiff had already prepared and mailed his Motion for Leave and proposed discovery plan based on the superseded August 19 deadline. Plaintiff's filing was therefore premature, rather than untimely under the Court's August 14 order.

4. Plaintiff respectfully clarifies that the Motion for Leave was based on the superseded deadline and is unnecessary. Plaintiff withdraws the request for leave under Fed. R. Civ. P. 6(b)(1)(B) and requests that the Court deny the motion as moot or strike it as unnecessary.

5. Plaintiff requests that the accompanying proposed discovery plan be treated as an early submission for consideration under the October 22 deadline. Plaintiff reserves the right to revise and supplement the proposed plan before that deadline, consistent with the Court's August 14 order and the parties' obligations under Fed. R. Civ. P. 26(f) and Local Rule 16.

6. Plaintiff apologizes for the confusion caused by the superseded deadline and submits this notice promptly after reviewing the Court's August 14 order.

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Deny Plaintiff's Motion for Leave as moot, or strike it as unnecessary;

B. Treat the accompanying proposed discovery plan as an early submission rather than a late filing;

C. Permit Plaintiff to submit a revised proposed scheduling order and discovery plan by October 22, 2026; and

D. Grant any other relief the Court considers appropriate.

Respectfully submitted,

Bryan L. Sutton, Pro Se

207 E. Wasson Street

Richland, Iowa 52585

Telephone: 319-653-1830

**CERTIFICATE OF SERVICE**

I certify that on August 24, 2026, I served a true and correct copy of this notice on counsel for Defendants by depositing the document in the United States Mail, postage prepaid, addressed to:

Skylar J. Limkemann

Hinders Updegraff Franklin & Limkemann, PLC

1104 Sunset Drive

Norwalk, Iowa 50211

Bryan L. Sutton